UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:07CV819 JCH |
| ) | |
| JOHN NOTTINGHAM, ) | |
| ) | |
| Defendant. ) | |

## DEFAULT JUDGMENT

HAVING CONSIDERED the United States' Application for Default Judgment against Defendant, John Nottingham,

IT IS HEREBY ORDERED that the United States' application is GRANTED, and judgment is hereby entered in favor of the United States and against John Nottingham in the amount of $15,249.28, consisting of $2,673.01 in principal and $3,246.31 in interest on Count I; and $4,502.28 in principal and $4,827.68 in interest on Count II, plus interest on the principal on Count I at a rate of 8% and on the principal on Count II at a rate of 6.65% from June 26, 2007 to this date of judgment and post-judgment interest at the rate provided by law.

DATED: 8/10/07

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE